Name: BURTON C. JACOBSON, ESQ., - #27529
ALAN S. VERTUN, ESQ., - #73022
Address:
424 South Beverly Drive
City, State, Zip: BEVERLY HILLS, CA 90212-4414
Phone: 310-553-8533
Fax: 310-286-2819
E-Mail:

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G. GROUND MANAGEMENT, INC., a Nevada Corporation<br><br>PLAINTIFF(S),<br>v.<br>YCHARTS, INC., a Delaware corporation; et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV-15-00055-RGK (SSx)<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that <u>Plaintiff E.G. GROUND MANAGEMENT, INC.,</u> hereby appeals to the
*Name of Appellant*
United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Granting Defendant YCharts Inc., Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend.

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on <u>05/08/15</u>. Entered on the docket in this action on <u>05/08/15 (Document 48)</u>.

A copy of said judgment or order is attached hereto.

<u>May 26, 2015</u>
Date

Signature: *[signed]*
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk
BURTON C. JACOBSON

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL                    CCD-A2

**Plaintiff**
**E.G. Ground Management, Inc. A Nevada corporation**
represented by Alan S Vertun
Alan S Vertun PLC
424 South Beverly Drive
Beverly Hills, CA 90212
310-553-8533
Fax: 310-203-9853
Email: avertun@hotmail.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Burton Charles Jacobson
Burton C Jacobson Law Offices
Beverly Hills Law Building
424 South Beverly Drive
Beverly Hills, CA 90212
310-553-8533
Fax: 310-203-9853
Email: bcjlaw@aol.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

V.

**Defendant**
**YCharts, Inc., a Delaware corporation**
represented by
Carolyn M Passen
Katten Muchin Rosenman LLP
525 West Monroe Street Suite 1900
Chicago, IL 60661
312-902-5377
Fax: 312-902-1601
Email: carolyn.passen@kattenlaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Floyd A Mandell
Katten Muchin Rosenman LLP
525 West Monroe Street Suite 1900
Chicago, IL 60661-3693
312-902-5235
Fax: 312-577-8982
Email: floyd.mandell@kattenlaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

Meegan Isabelle Maczek
Katten Muchin Rosenman LLP
2029 Century Park East Suite 2600
Los Angeles, CA 90067-3012
310-788-4470
Fax: 310-788-4471
Email: meegan.maczek@kattenlaw.com
ATTORNEY TO BE NOTICED

Joel R Weiner
Katten Muchin Rosenman LLP
2029 Century Park East Suite 2600
Los Angeles, CA 90067-3012
310-788-4400
Fax: 310-712-8272
Email: joel.weiner@kattenlaw.com
ATTORNEY TO BE NOTICED